# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 to Nissan Vehicles

| '511 Patent, Claim 1 Language | Nissan Cars Equipped with Automatic Emergency Breaking with Pedestrian Detection and Similar Systems ("Accused Instrumentalities") |
|---|---|
| **Claim 1**. A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g., vehicles, pedestrians, or obstructions).<br><br>*Nissan Intelligent Mobility vision to bring 'Safety Shield 360' to top-selling models, representing more than 1 million vehicles annually*, NISSAN USA (Sept. 12, 2018) https://usa.nissannews.com/en-US/releases/release-e41012cc44464ded95b622e340a6a036-nissan-intelligent-mobility-vision-to-bring-safety-shield-360-to-top-selling-models-representing-more-than-1-million-vehicles-annually#; *How does Nissan's Forward Emergency Braking with Pedestrian Detection work?*, MATT CASTRUCCI NISSAN (Feb. 10, 2017) http://www.mattcastruccinissan.com/blog/how-does-nissans-forward-emergency-braking-pedestrian-detection-work/ |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.<br><br>For example, "Automatic Emergency Breaking with Pedestrian Detection – uses forward-facing radar and camera technology to track vehicles and crossing pedestrians." The "[f]ront cameras and radar technology operate to "see" objects in front of you and sense distance, and if a collision is likely to occur your brakes will automatically be applied."<br>*Nissan Intelligent Mobility vision to bring 'Safety Shield 360' to top-selling models, representing more than 1 million vehicles annually*, NISSAN USA (Sept. 12, 2018) https://usa.nissannews.com/en-US/releases/release-e41012cc44464ded95b622e340a6a036-nissan-intelligent-mobility-vision-to-bring-safety-shield-360-to-top-selling-models-representing-more-than-1-million-vehicles-annually#; *Nissan makes the world safer for pedestrians with available technology*, Glendale Nissan (Feb. 27, 2017) https://www.glendalenissan.com/blog/how-does-nissan-pedestrian-detection-work/.<br><br>Thus, as described above, each Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Nissan Vehicles

| '511 Patent, Claim 1 Language | Nissan Cars Equipped with Automatic Emergency Breaking with Pedestrian Detection and Similar Systems ("Accused Instrumentalities") |
|---|---|
| | background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |
| attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation, | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a vehicles, pedestrians, or obstructions will be different than the reflection, absorption, and attenuation characteristics of open road. |
| said invisible electromagnetic radiation propagating off axis with respect to the receiver toward a scattering medium; and | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium.

For example, invisible electromagnetic radiation is propagated from the radar unit located in the front of the vehicle toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. |
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. "Front cameras and radar technology operate to 'see' objects in front of you and sense distance, and if a collision is likely to occur your brakes will automatically be applied…Pedestrian detection must recognize human shapes, react more forcefully, work in lower speed zones and sense shapes at the periphery of where you are most likely looking since most pedestrians will start out at the sidelines." *Nissan makes the world safer for pedestrians with available technology*, Glendale Nissan (Feb. 27, 2017) https://www.glendalenissan.com/blog/how-does-nissan-pedestrian-detection-work/. |
| **Claim 15**. An apparatus for performing the method of claim 1, comprising: | As discussed above, the Accused Instrumentalities each constitute an apparatus for performing the method of claim 1. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Nissan Vehicles

| '511 Patent, Claim 1 Language | Nissan Cars Equipped with Automatic Emergency Breaking with Pedestrian Detection and Similar Systems ("Accused Instrumentalities") |
|---|---|
| means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver; and | The Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>For example, "Front cameras and radar technology operate to 'see' objects in front of you and sense distance, and if a collision is likely to occur your brakes will automatically be applied…Pedestrian detection must recognize human shapes, react more forcefully, work in lower speed zones and sense shapes at the periphery of where you are most likely looking since most pedestrians will start out at the sidelines." *Nissan makes the world safer for pedestrians with available technology*, Glendale Nissan (Feb. 27, 2017) https://www.glendalenissan.com/blog/how-does-nissan-pedestrian-detection-work/<br><br>The ability to recognize pedestrians from other types of obstacles indicates that the system includes a database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver. |
| a receiver for detecting the attenuation to indicate a presence of the object. | The Accused Instrumentalities include a receiver for detecting the attenuation to indicate a presence of the object.<br><br>"Front cameras and radar technology operate to 'see' objects in front of you and sense distance, and if a collision is likely to occur your brakes will automatically be applied…Pedestrian detection must recognize human shapes, react more forcefully, work in lower speed zones and sense shapes at the periphery of where you are most likely looking since most pedestrians will start out at the sidelines." *Nissan makes the world safer for pedestrians with available technology*, Glendale Nissan (Feb. 27, 2017) https://www.glendalenissan.com/blog/how-does-nissan-pedestrian-detection-work/. As discussed above with respect to claim 1, the radar unit includes a receiver that detects the attenuation of at least a portion of an invisible electromagnetic radiation field to detect the presence of an object. |

3

